

**ORDERED in the Southern District of Florida on June 30, 2011.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-48958-BKC-RBR
CHAPTER 13

In re:

    Nancy Chacon,

    Debtor.
_____/

<u>ORDER SUSTAINING OBJECTION TO CLAIM #3 OF HSBC BANK NEVADA, NA (BEST BUY CO., INC.)</u>

This case came before the Court on June 16, 2011, upon the Debtor's Objection to Claim #3 of HSBC Bank Nevada, NA (Best Buy Co., Inc.). Based on the record, it is

**ORDERED AND ADJUDGED**

1. The objection(s) with respect to the following claim(s) is sustained and such claim(s) is allowed as a general unsecured claim in the amount of $780.00:

| <u>Claim #</u> | <u>Claimant</u> |
|---|---|
| #3 | HSBC Bank Nevada, NA (Best Buy Co., Inc.) |

###

Copies Furnished to:

Reyes & Calas- Johnson, P.A.
Attorneys for Debtor
782 N.W. 42nd Ave., #447
Miami, FL 33126
(305) 476-1900
rcjlawpa@aol.com

(Reyes & Calas- Johnson, P.A. is directed to serve copies of this order on the parties listed and file a certificate of service.)

**SERVICE LIST**

Robin Weiner, Trustee ECF registered

Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

BEST BUY CO., INC.
7601 PENN AVENUE S.
RICHFIELD MN 55423

BEST BUY CO., INC.
C/O C T CORPORATION SYSTEM, REGISTERED AGENT
C/O C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND RD
PLANTATION FL 33324

HSBC Bank Nevada, National Association
Attention, President
1111 N. Town Center Drive
Las Vegas, Nevada 89134
**Via Certified Mail**

HSBC Card Services (Best Buy)
PO Box 60102
City of Industry, CA 91716-0102

HSBC Card Services Inc. (Best Buy)
ATTN: Exception Dept
1301 E. Tower Road
Schaumburg, IL 60173

**SERVICE LIST CONTINUED**
HSBC Bank Nevada, N.A.
eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

HSBC Bank USA, National Association
452 Fifth Avenue
New York, NY 10018
Att: Paul Lawrence, President & CEO
**VIA CERTIFIED MAIL**

HSBC Bank USA, National Association
1800 Tysons Blvd
Mc Lean, VA 22102